AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Lauren Stram ) USAO CW No. 26-169

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

Eudy RODRIGUEZ GONZALEZ
*Defendant(s)*

Case No. 26mj2236

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 16, 2026 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. Section 841(a)(1), (b)(1)(A) | Possession with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit, incorporated here by reference.

☑ Continued on the attached sheet.

/s/ Joseph Gansky
*Complainant's signature*

Special Agent, DEA
*Printed name and title*

Sworn to before me and signed by telephone.

Date: November 16, 2026

Lynne A. Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2026.11.16 12:40:54 -05'00'
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Hon. Lynne A. Sitarski, U.S.M.J.
*Printed name and title*

**26-MJ-2236**

## AFFIDAVIT

I, Joseph Gansky, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent ("SA") with the United States Drug Enforcement Administration ("DEA"), assigned to the Philadelphia Field Division. I have been employed by the DEA, United States Department of Justice for approximately 6 years, and am currently stationed in the Philadelphia Field Division. Before that, I was a Police Officer at the Bensalem Township Police Department in Bensalem, Pennsylvania for 14 years where I spent 10 of the 14 years in our Narcotics Special Investigation Unit specially investigating narcotics trafficking. I have received specialized training from the DEA Academy at Quantico, Virginia, in the investigation and identification of narcotics traffickers. I have participated in the investigation of numerous narcotics traffickers involved in the distribution of controlled substances. I have conducted physical and electronic surveillance, debriefed confidential informants, interviewed witnesses, analyzed telephone records, reviewed records of narcotics traffickers, and reviewed digital recordings of conversations pertaining to narcotics trafficking. I have participated in the preparation and execution of numerous search and seizure warrants, resulting in the seizure of large quantities of controlled substances, as well as packaging materials, cutting agents, firearms, and large amounts of United States currency.

2. In my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds and the organization of drug conspiracies. I am familiar with the clandestine manner in which fentanyl, heroin, cocaine, cocaine base, also known as crack or crack cocaine, marijuana,

methamphetamine and other controlled substances are manufactured, sold, distributed and used. I am also familiar with prices, street slang, terms, codes and mechanisms used in association with the distribution and use of illicit narcotics. In the course of conducting these investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short term and long term undercover operations; consensual monitoring and recording of both telephonic and nontelephonic communications; analyzing telephone pen register and caller identification system data; conducting court authorized wire and oral interception electronic surveillance and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms, contraband, and evidence of criminal activity. My present duties at DEA include the investigation of narcotics traffickers and the identification and seizure of assets representing proceeds of narcotics trafficking.

3. I submit this affidavit seeking the issuance of an arrest warrant for, and a criminal complaint charging, Eudy RODRIGUEZ GONZALEZ, with possession with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A).

4. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information from other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge the offense described above.

## TARGET BACKGROUND INFORMATION

5. RODRIGUEZ GONZALEZ is a federally convicted drug trafficker. On October 3, 2014, RODRIGUEZ GONZALEZ was convicted of conspiracy to distribute and possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846, in the United States District Court for the Middle District of Pennsylvania under Criminal Docket 14cr23 and sentenced to 46 months' imprisonment to be served consecutively to his 2013 sentence. RODRIGUEZ GONZALEZ was released from confinement pursuant to that sentence in January of 2019.

## FACTS OF THE INVESTIGATION ESTABLISHING PROBABLE CAUSE

6. The DEA has been conducting a criminal investigation of RODRIGUEZ GONZALEZ for violations of 21 U.S.C. § 841(a)(1), (b)(1)(A), and other offenses.

7. On or about November 13, 2026, investigators obtained a federal search and seizure warrant for 5127 Pennway Street, Philadelphia, Pennsylvania 19124 ("TARGET LOCATION"). *See* 26mj2162 (sealed). Through this investigation, agents established that RODRIGUEZ GONZALEZ resides at the TARGET LOCATION.

8. On or about November 16, 2026, agents executed the federally authorized search and seizure warrant at the TARGET LOCATION. Prior to entering the premises, agents knocked and loudly announced their presence. As agents entered the TARGET LOCATION, RODRIGUEZ GONZALEZ attempted to flee through the front of the property. Agents apprehended RODRIGUEZ GONZALEZ and detained him while they searched the premises.[1]

9. During the search of the downstairs apartment, which consisted of two rooms and a bathroom, agents found and seized approximately 200 grams of bulk fentanyl in a drawer in the

[1] Another individual who was determined to be the upstairs resident was also detained.

main living area. In adjacent drawers, agents found and seized four electronic scales. The suspected fentanyl was field tested and returned a presumptive positive for fentanyl.

10. In the kitchen, agents found and seized new and unused drug packaging materials, including freezer bags, sandwich bags, and saran wrap.

11. In the bedroom, agents found and seized an empty box of gloves and additional sandwich and freezer bags. Agents also found and located sheets of paper that were consistent with owe sheets and bulk cash. Through my training and experience, I know that drug traffickers often keep a tally or owe sheet to document and track narcotics transactions, outstanding debts and payments associated with their drug trafficking activities. These records typically contain nicknames, initials, quantities of controlled substances distributed amounts, and payment received. Owe sheets serve as a form of accounting ledge, allowing drug traffickers to monitor narcotics distributed on consignment, tack proceeds generated from drug sales, and maintain financial accountability amount members of a drug trafficking organization.

12. In the bathroom, agents found and seized grinders commonly used to break down bulk fentanyl into distribution quantities.

13. During their search, agents also located a set of keys on a table in the living area. The keys contained a key to the TARGET LOCATION, as well as a car key to a gold Honda Accord ("TARGET VEHICLE")[2] parked in the driveway behind the TARGET LOCATION. A dog trained to detect the presence of controlled substances conducted a sniff search of the exterior of the TARGET VEHICLE and indicated positively for the presence of controlled substances. Throughout their investigation, agents observed RODRIGUEZ GONZALEZ engage

[2] The vehicle was not equipped with a valid license plate. A subsequent search of the VIN revealed that the vehicle was registered to State Farm Mutual Automobile Insurance Company, 2704 Geryville Pike, Pennsburg, Pennsylvania 18073.

with the vehicle, including as recently as within the last week. After the dog returned a positive indication, agents opened the TARGET VEHICLE using the car key found within the residence. In the front passenger compartment, agents located new and unused drug packaging materials. In the trunk, agents located 10 kilograms of fentanyl packaged in kilogram quantities concealed within a duffle bag. Agents found and recovered the fentanyl and conducted a field test which returned a presumptive positive for the presence of fentanyl.

14. During the search, agents administered *Miranda* warnings to RODRIGUEZ GONZALEZ. RODRIGUEZ GONZALEZ waived those warnings and admitted to agents that he was the only resident of the downstairs apartment at the TARGET RESIDENCE.

15. Based upon my review of the items located and seized within the TARGET LOCATION and TARGET VEHICLE, including the bulk fentanyl, owe sheets, new and unused packaging materials, he digital scales, bulk cash, and my training and experience, the circumstances under which the above mentioned drugs were recovered are consistent with distribution and not personal use. Prior to committing this offense, RODRIGUEZ GONZALEZ had a final conviction for a serious drug felony, that is, a conviction on or about October 3, 2014 in the United States District Court for the Middle District of Pennsylvania, (Criminal No. 14-23), for conspiracy to distribute and possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the offense.

WHEREFORE, based upon the foregoing, I have probable cause to believe, and do so believe, that RODRIGUEZ GONZALEZ possessed with intent to distribute a mixture and

substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

Respectfully submitted,

/s/ *Joseph Gansky*
JOSESPH GANSKY, Special Agent
Drug Enforcement Administration

Sworn to by telephone this 16th day
of November, 2026.

Lynne A. Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2026.11.16 12:42:32 -05'00'

HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge